# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:20-CR-21 (MTT) |
| | ) |
| SHANNON DAVIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term. Doc. 40. The defendant was indicted on June 18, 2020 and had his arraignment in this Court on August 5, 2020. Docs. 1; 8. Six prior continuances have been granted. Docs. 21; 26; 29; 32; 35; 38. The parties now move the Court to continue this case to the next trial term to provide additional time to gather military and VA records they believe will allow the parties to reach a resolution of the case absent a trial. Doc. 40 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 40) is **GRANTED**. The case is continued from the August term until the Court's next trial term presently scheduled for **September 13, 2021**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 2nd day of August, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT