USPO/MDGA
Sep 2017
TAP 13

United States District Court
Middle District of Georgia



# ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

**Name of Offender:** Shannon Davis

**Case Number:** 5-20-CR-21

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| D-7026323-2025 113-1 | 1 | TCL Flip phone |

**Reason For Request:** unauthorized device

**Method of Destruction:** Shredding

I declare under penalty of perjury that the foregoing is true and correct.

_____A. Reid_____     _11-13-25_
U.S. Probation Officer     Date

## ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

_____[signature]_____     _11.17.25_
United States District Judge     Date